Fill in this information to identify the case:
Debtor name: **Comprehensive Healthcare Management Services, LLC**
United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PA DHS - OLTL**<br>Forum Place<br>555 Walnut Street, 6th Floor<br>Harrisburg, PA 17101 | | | | | | $10,714,920.10 |
| **ReadyShift Staffing LLC**<br>5877 Commerce St Suite 212<br>Pittsburgh, PA 15206 | | | | | | $1,861,325.31 |
| **Nurse Staffing (Gale)**<br>PO Box 4729<br>Winter Park, FL 32793 | | | | | | $842,253.50 |
| **ShiftMed, LLC**<br>7925 Jones Branch Drive, Suite 1100<br>Mc Lean, VA 22102 | | | | | | $754,813.86 |
| **Sam Halper**<br>550 Market Street Unit 18B<br>Pittsburgh, PA 15233 | | | | | | $540,089.34 |
| **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101 | | | | | | $508,096.53 |
| **MDS RX**<br>246 Friendship Cir<br>Beaver, PA 15009 | | | | | | $501,592.31 |
| **CHMS GROUP**<br>1800 Rockaway Ave Ste 200<br>Hewlett, NY 11557 | | | | | | $493,006.80 |

| Debtor | Comprehensive Healthcare Management Services, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Interstate Insurance Company<br>58 East View Lane, Suite 2<br>Barre, VT 05641 | | | | | | $455,166.15 |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | | | | | | $346,545.74 |
| Jackson Lewis P.C.<br>1001 Liberty Avenue, Suite 1000<br>Pittsburgh, PA 15222 | | | | | | $292,237.34 |
| US Foods<br>P.O. Box 7780-4038<br>Philadelphia, PA 19182 | | | | | | $278,961.93 |
| UPMC Health Plan<br>6401 Penn Ave<br>Pittsburgh, PA 15206 | | | | | | $265,830.27 |
| Compliance Concepts, Inc<br>6051 Wallace Road Ext, Suite 210<br>Wexford, PA 15090 | | | | | | $225,957.82 |
| Highmark<br>PO Box 382089<br>Pittsburgh, PA 15250 | | | | | | $222,910.57 |
| Capozzi Adler<br>2933 North Front Street<br>Harrisburg, PA 17110 | | | | | | $176,551.55 |
| Columbia Gas<br>PO Box 70285<br>Philadelphia, PA 19176 | | | | | | $168,698.13 |
| SASM&F LLP<br>PO Box 1764<br>White Plains, NY 10602 | | | | | | $167,180.50 |
| Duquesne-Main Building Payment Processing System<br>PO Box 10<br>Pittsburgh, PA 15230-0010 | | | | | | $166,953.22 |

| Debtor | **Comprehensive Healthcare Management Services, LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oncall Medical Staffing**<br>**316 East Sixth Avenue**<br>**Tarentum, PA 15084** | | | | | | $160,960.34 |