IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC | : | CASE NO. 1:25-bk-02775-HWV |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

        By:/s/ Kenneth G. Lau
        Kenneth G. Lau, Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        125 Ottawa Avenue NW, Suite 200R
        Grand Rapids, MI 49503
        Phone: (616) 456-2485
        Email: Kenneth.G.Lau@usdoj.gov

Dated: September 30, 2025