IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:25-bk-02775-HWV
  COMPREHENSIVE HEALTHCARE :
  MANAGEMENT SERVICES, LLC : Chapter 11
  d/b/a BRIGHTON REHABILITION :
  AND WELLNESS CENTER :
                  Debtor :

**DEBTOR'S MOTION FOR EMERGENCY AND EXPEDITED HEARING REGARDING DEBTOR'S (A) MOTION FOR APPROVAL TO UTILIZE CASH COLLATERAL, (B) MOTION FOR ENTRY OF INTERIM AND FINAL ORDER PROVIDING FOR ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (C) MOTION FOR APPROVAL FOR DEBTOR TO PAY PRE-PETITION PAYROLL, AND (D) MOTION TO PERMIT FILING OF FEE APPLICATIONS FOR PROFESSIONALS EVERY THIRTY (30) DAYS**

The Debtor's Motion for Emergency and Expedited Hearing regarding (a) Motion for Use of Cash Collateral (the "Cash Collateral Motion"); (b) Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services (the "Utilities Motion"), (c) Motion for Approval to Pay Pre-Petition Payroll (the "Payroll Motion"), and (d) Motion to Permit Filing of Fee Applications for Professionals Every Thirty (30) Days ("Fee Motion"), is as follows:

1. On September 29, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code"). As a result thereof, the Debtor has been appointed as a Debtor-in-Possession and operates its business and manages its assets.

1

2. The Debtor is a Pennsylvania limited liability company engaged in the healthcare business and specifically owns and operates a skilled nursing facility having approximately 600 beds (the "Business").

3. In order to continue its Business, the Debtor has a need to utilize its accounts receivables, inventory and cash and pay its expenses of operation. As a result, the Debtor has filed a Cash Collateral Motion.

4. In order to allow the Debtor to continue to operate, the Debtor requests that a hearing on the Cash Collateral Motion be held on an expedited and emergency basis. A true and correct copy of the Cash Collateral Motion is attached hereto as Exhibit "A".

5. The Debtor operates a healthcare business and has a need to utilize its inventory, receivables, and cash and pay its expenses of operation. The continuation of the Debtor's Business will be harmed by the termination of utility services.

6. Thus, the Debtor has filed the Utilities Motion. It is also requested that the Utilities Motion be heard on an emergency and expedited basis so that the Debtor does not lose utility services. A true and correct copy of the Utilities Motion is attached hereto as Exhibit "B".

7. The Debtor has employees which it needs to utilize in order to continue to provide services to its customers and generate receivables. As a result, the Debtor has filed the Payroll Motion. A true and correct copy of the Payroll Motion is attached hereto as Exhibit "C". It is also requested that the Payroll Motion be heard on an emergency and expedited basis so that the Debtor does not lose its employees.

8. Because of the tremendous amount of work needed for this case, the Debtor has also filed a Motion to Permit the Filing of Fee Applications for Professionals Every Thirty (30) Days. A true and correct copy of the Fee Motion is attached hereto as Exhibit "D". Because of the nature of the Business and tremendous amount of work involved in their representation, it is requested that a hearing on the Fee Motion be heard on an emergency and expedited basis.

9. For the above reasons, the Debtor requests that the Court schedule a hearing on the Cash Collateral Motion, Utilities Motion, Payroll Motion, and Fee Motion at the earliest possible moment.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court schedule a hearing on the Debtor's Motion for Use of Cash Collateral, Motion for an Interim and Final Order providing for Adequate Assurance of Payment of Future Utility Services, Motion for Approval to Pay Pre-Petition Payroll, and Motion to Permit the Filing of Fee Applications for Professionals Every Thirty (30) Days, at the earliest possible moment.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: /s/ Robert E. Chernicoff
    Robert E. Chernicoff, Esquire
    Attorney I.D. No. 23380
    2320 North Second Street
    P. O. Box 60457
    Harrisburg, PA 17106-0457
    (717) 238-6570

Date: September 30, 2025

3

Case 1:25-bk-02775-HWV   Doc 6   Filed 09/30/25   Entered 09/30/25 16:33:43   Desc
Main Document    Page 3 of 3