IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| COMPREHENSIVE HEALTHCARE : | |
| MANAGEMENT SERVICES, LLC, dba : | |
| BRIGHTON REHABILITATION AND : | |
| WELLNESS CENTER, : | |
| : | CASE NO. 1:25-bk-02775-HWV |
| Debtor. : | |

**ORDER**

Upon consideration of the Motion for Expedited Hearing regarding Debtor's Motion for Use of Cash Collateral, Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services, Motion for Approval to Pay Pre-Petition Payroll, and Motion to Permit the Filing of Fee Applications for Professionals Every Thirty (30) Days (collectively, the "Motions"), Doc. 6, it is

**ORDERED** that an expedited hearing on the Motions shall be held on **Tuesday, October 7, 2025 at 10:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. It is further

**ORDERED** that counsel for the Debtor shall electronically serve this Order along with the Motions upon the United States Trustee; the largest 20 creditors; the Creditor's Committee, if one is appointed; and all parties claiming an interest in any Cash Collateral that may be used. Electronic service shall occur within 24 hours of the entry of this Order.[1] Proof of service, which indicates that all parties claiming an interest in the Cash Collateral have received notice, must be filed with the Court in advance of the hearing.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 30, 2025

---

[1] In the event that electronic service is impossible, counsel for the Debtor is permitted to execute service by any means recognized under the Federal Rules to effectuate notice.