IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:25-bk-02775-HWV |
|   COMPREHENSIVE HEALTHCARE | : | |
|   MANAGEMENT SERVICES, LLC | : | Chapter 11 |
|   d/b/a BRIGHTON REHABILITATION | : | |
|   AND WELLNESS CENTER | : | |
| | : | |
|               Debtor | : | |

## DEBTOR'S MOTION FOR APPROVAL FOR DEBTOR
## TO PAY PRE-PETITION PAYROLL

The Motion of Comprehensive Healthcare Management Services, LLC ("Debtor"), by and through its attorneys, Cunningham, Chernicoff & Warshawsky, P.C., for Approval for Debtor to Pay Pre-Petition Payroll is as follows:

1.      On September 29, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code"). As a result thereof, the Debtor has been appointed as a Debtor-in-Possession and operates its business and manages its assets.

2.      The Debtor is a Pennsylvania limited liability company engaged in the healthcare business and specifically owns and operates a skilled nursing facility having approximately 600 beds (the "Business")

3.      The Debtor currently has approximately two hundred fifty (250) employees. These employees are needed to provide Debtor's services to its customers.

1

4. The Debtor makes its payroll on a biweekly basis. The amount of each gross payroll, including payroll taxes, is approximately $553,000.00.

5. The next payroll of the Debtor is to be paid on October 1, 2025. Such payroll covers the period from September 7, 2025, through and including September 20, 2025. The following payroll is to be paid on October 15, 2025, and covers the period from September 21, 2025, to October 4, 2025,

6. The payrolls to be paid by the Debtor on October 1, 2025, and October 15, 2015, include a pre-Petition period of time.

7. No single employee will receive a paycheck in excess of $15,150.00.

8. It is essential that the Debtor continue to maintain its employees so that the Debtor may provide its services to its customers. In the event that the Debtor is not permitted to make its payroll, the Debtor's employees may terminate their employment therefore causing the Debtor to be unable to provide services to its customers.

9. In the event that the Debtor cannot provide services to its customers, such customers will be greatly harmed. The Debtor's business will suffer and the Debtor's efforts to successfully reorganize will be harmed.

10. The Debtor believes it will be able to successfully reorganize.

**WHEREFORE**, Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, the above named Debtor, respectfully requests that this Honorable Court enter an Order permitting the Debtor to make its next

scheduled payrolls and payroll taxes and charges, notwithstanding the fact that such payrolls would include a pre-Petition period of time.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By:    /s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
Attorney I.D. No. 23380
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570

Date: October 1, 2025