IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:25-bk-02775-HWV |
|   COMPREHENSIVE HEALTHCARE | : | |
|   MANAGEMENT SERVICES, LLC | : | Chapter 11 |
|   d/b/a BRIGHTON REHABILITION | : | |
|   AND WELLNESS CENTER | : | |
| | : | |
|         Debtor | : | |

## NOTICE

    Notice is hereby given that the Debtor, Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center has filed a Motion to Permit Filing of Fee Application for Professionals Every Sixty (60) Days.

    Unless objections to the Motion are filed on or before twenty-one (21) days from the date of this Notice, the Court may grant the relief requested in the Motion without further hearing. Any party who objects to the Motion must serve a copy of the objection on counsel for the Debtor, Robert E. Chernicoff, Esquire, Cunningham, Chernicoff & Warshawsky, P.C., 2320 North Second Street, Harrisburg, PA 17110, on or before twenty-one (21) days from the date of this Notice. Any objection which is filed must conform to the Rules of Bankruptcy Procedure, and any objecting party must attend the hearing set forth above. A complete copy of the Motion may be viewed at the Clerk's office at the address set forth below or on the Court's ECF site.

                                                          **CLERK, U.S. BANKRUPTCY COURT**
                                    **THE SYLVIA H. RAMBO UNITED STATES COURTHOUSE**
                                                                    **1501 N 6TH STREET**
                                                                   **HARRISBURG, PA 17102**

Date: October 9, 2025