IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:25-bk-02775-HWV |
| COMPREHENSIVE HEALTHCARE | : | |
| MANAGEMENT SERVICES, LLC | : | Chapter 11 |
| d/b/a BRIGHTON REHABILITION | : | |
| AND WELLNESS CENTER | : | |
| | : | |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion of the Debtor to Allow Filing of Fee Applications for Professionals Every Sixty (60) Days,

**HEREBY ORDERED** that professionals in this case may file Applications for Approval of Interim Compensation every sixty (60), beginning sixty (60) days after the Petition Date in this case.