IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:25-bk-02775-HWV |
| COMPREHENSIVE HEALTHCARE | : | |
| MANAGEMENT SERVICES, LLC | : | Chapter 11 |
| d/b/a BRIGHTON REHABILITATION | : | |
| AND WELLNESS CENTER | : | |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on October 9, 2025, a true and correct copy of the attached **DEBTOR'S AMENDED MOTION TO PERMIT FILING OF FEE APPLICATIONS FOR PROFESSIONALS EVERY SIXTY (60) DAYS** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Office of the U.S. Trustee
1501 N 6th Street
Harrisburg, PA 17102

Kenneth G Lau
DOJ-Ust
125 Ottawa Avenue NW
Suite 200r
Grand Rapids, MI 49503

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
Dept. 0946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

US Dept. of Health & Human Services
200 Independence Ave., SW
Washington, DC 20201

| | |
|---|---|
| United States Attorney<br>1501 N 6th Street<br>Harrisburg, PA 17102 | Allison L. Carr<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place Mezzanine Level<br>Pittsburgh, PA 15222 |
| Securities Exchange Commission<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-2616 | Gerald A. Connor, Esquire<br>Margolis Edelstein<br>220 Penn Avenue, Suite 305<br>Scranton, PA 18503 |
| PA Department of Human Services<br>Office of Administration<br>P.O. Box 2675<br>Harrisburg, PA 17120 | Jerrold S. Kulback, Esquire<br>Archer & Greiner, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 |
| PA Department of Health<br>625 Forster St<br>8th Floor West, HHS Building<br>Harrisburg, PA 17120 | |

    I further certify that on October 9, 2025, a true and correct copy of the **NOTICE REGARDING THE AMENDED MOTION TO PERMIT FILING OF FEE APPLICATIONS FOR PROFESSIONALS EVERY SIXTY (60) DAYS** was served by electronic means and/or first-class mail, postage prepaid on the following:

**SEE ATTACHED LIST**

                                          s/ *Joanne M. Bartley*
                                          Joanne M. Bartley, assistant to
                                          Robert E. Chernicoff, Esquire

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

c/o Gerald A. Connor ReadyShift Staffing LLC
Margolis Edelstein
220 Penn Avenue
Suite 305
Scranton, PA 18503-1900

etherFAX LLC
PO Box 22766
Denver, CO 80222-0766

2G Power Solutions LLC
122 Keck Rd
Butler, PA 16002-1044

AFLAC Group
PO Box 641629
Pittsburgh, PA 15264-1629

ALCO
6851 High Grove Blvd
Willowbrook, IL 60527-9725

AMS Communications Inc
PO Box 66
Skokie, IL 60076-0066

ATC Healthcare
75 Remittance Drive
DEPT 6773
Chicago, IL 60675-6773

Ability Network
PO Box 856015
Minneapolis, MN 55485-6015

Access Information Protected
PO Box 850416
Minneapolis, MN 55485-0416

Activity Connection
818 SW 3RD Avenue # 222
Portland, OR 97204-2405

Advanced Distributors
PO Box 4
Bayonne, NJ 07002-0004

Aflac
PO Box 535178
Pittsburgh, PA 15253-5178

Aidace LLC
1776 Ave of the State
Suite 301
Lakewood, NJ 08701-4592

All American Healthcare Services
494 Broad St
Newark, NJ 07102-3229

Alliance Laundry Systems LLC
Shepard Street, PO Box 990
Ripon, WI 54971-0990

Allstate Benefits
PO Box 650514
Dallas, TX 75265-0514

Allstate Medical
34 35th Street
Brooklyn, NY 11232-2216

Amazon
Attn: General Counsel
P.O. Box 81226
Seattle, WA 98108-1300

Ambi fka Eshyft
4086 Rochester Rd STE 107
Troy, MI 48085-4945

American Arbitration
230 South Broad Street, 12th FLoor
Philadelphia, PA 19102-4199

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amerisource Funding
PO Box 4738
Houston, TX 77210-4738

Ankura Consulting Group
485 Lexington Ave, 10th Floor
New York, NY 10017-2619

Applied Pest
PO Box 1600
Beaver Falls, PA 15010-6600

Apploi Corp
JPMorgan Chase Lockbox Processing
4 Chase Metrotech Center
Brooklyn, NY 11232

Apto Systems, LLC dba Unified Alert
5552 Carolina Beach Road, Suite B
Wilmington, NC 28412-2648

Aqua Fresh Filter, Inc
1 Commerce Drive
Pittsburgh, PA 15239-1779

Auto Zone
714 Ohio River Blvd
Rochester, PA 15074-1413

Avery Dennison RIS LLC
PO Box 8007
Syracuse, NY 13217-8007

| | | |
|---|---|---|
| Avrix Brands<br>110 Jabez St #105<br>Newark, NJ 07105-3105 | B.M. Kramer & Company, Inc.<br>69 South 20th Street<br>Pittsburgh, PA 15203-1986 | BCW Property Investments LLC<br>136 Duncan Circle<br>Beaver, PA 15009-9660 |
| Bachmans Inc. Garage<br>464 Route 68<br>New Brighton, PA 15066-3696 | Beaver Borough Sewage<br>Municipal Building<br>469 3RD Street<br>Beaver, PA 15009-2226 | Beaver Falls Municipal Authority<br>PO Box 400<br>Beaver Falls, PA 15010-0400 |
| Bentley Medical, Inc.<br>PO Box 822<br>Milford, OH 45150-0822 | Borough of Monaca<br>928 Pennsylvania Ave<br>Monaca, PA 15061-1800 | Bovard-Anderson Company<br>617 Third Street<br>Beaver, PA 15009-2174 |
| Braithwaite Communications<br>1500 Walnut Street<br>18th Floor<br>Philadelphia, PA 19102-3509 | Brighton First<br>PO Box 189<br>Beaver, PA 15009-0189 | Brighton TWP Municipal<br>1300 Brighton Road<br>Beaver, PA 15009-9211 |
| Brunner Refuse<br>211 Brunner Road<br>Zelienople, PA 16063-3505 | Bureau of Employer Tax Operations<br>Labor & Industry Building<br>651 Boas Street, Room 702<br>Harrisburg, PA 17106 | Burns<br>4 Alta Vita Drive<br>Greensburg, PA 15601-8075 |
| Butler Gas Products<br>110 Nichol Avenue<br>Mc Kees Rocks, PA 15136-2664 | CD Property Ventures LLC<br>25426 Maidstone Lane<br>Beachwood, OH 44122-1738 | CDI Office Tech<br>200 Merchant Lane Suite 201<br>Pittsburgh, PA 15205 |
| CDI Office Technologies<br>200 Merchant Lane, Suite 201<br>Pittsburgh, PA 15205 | CHMS GROUP<br>1800 Rockaway Ave Ste 200<br>Hewlett, NY 11557-1668 | CPA Customer Payment Solutions<br>7201 Metro Boulevard, Suite 800<br>Minneapolis, MN 55439-1333 |
| Capozzi Adler<br>2933 North Front Street<br>Harrisburg, PA 17110-1250 | Centers for Medicare & Medicaid Ser<br>Division of Accounting Operations<br>7500 Security Boulevard<br>Baltimore, MD 21244-1850 | Charles William Fetrow<br>10555 Eher Rd<br>Waterford, PA 16441 |
| Chase Bank USA, NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chemway INC<br>PO Box 10913<br>Pittsburgh, PA 15236-0913 | Christians United<br>1098 Third Street<br>Beaver, PA 15009-2026 |
| Chubb Group of Insur.<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Colonial Life<br>Premium Accounting<br>PO Box 1365<br>Columbia, SC 29202-1365 | Columbia Gas<br>PO Box 70285<br>Philadelphia, PA 19176-0285 |

| | | |
|---|---|---|
| Columbia Gas<br>PO Box 742537<br>Cincinnati, OH 45274-2537 | William Schrum<br>168 Cedar Ridge Drive<br>Monaca, PA 15061-2748 | Wex Bank (Sheetz)<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Zimmet Healthcare<br>200 Route 9 North, Suite 50<br>Englishtown, NJ 07726-3072 | Wound Healing Tech<br>1820 Ave M, Suite 238<br>Brooklyn, NY 11230-5347 | Whiteford, Taylor & Preston<br>7 Saint Paul St<br>Baltimore, MD 21202-1697 |
| Combustion Service<br>2016 Babcock Boulevard<br>Pittsburgh, PA 15209-1398 | Comcast<br>PO Box 3001<br>Southeastern, PA 19398-3001 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 |
| Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Commonwealth of PA - DHS<br>c/o Allison L. Carr<br>PA Office of AG Mezzanine Level<br>1251 Waterfront Place<br>Pittsburgh, PA 15222-4227 | Commonwealth of Pennsylvania Mcare<br>2525 North 7th Street, Suite 210<br>Harrisburg, PA 17120-0001 |
| Compliance Concepts, Inc<br>6051 Wallace Road Ext, Suite 210<br>Wexford, PA 15090-7386 | Comprehensive HCMS - Property, LLC<br>246 Friendship Circle<br>Beaver, PA 15009-9704 | Comprehensive Healthcare Management<br>246 Friendship Cir<br>Beaver, PA 15009-9704 |
| Continental Health<br>405 Sherwood Drive<br>Kittanning, PA 16201-1973 | Coretactics, Inc.<br>50 Northern Turnpike<br>Johnsonville, NY 12094-3307 | Cowart Dizzia LLP<br>45 Rockefeller Plaza, Ste. 2000<br>New York, NY 10111-3193 |
| Cozzini Bros<br>8430 W Bryn Mawr Ave, Ste 800<br>Chicago, IL 60631-3497 | Craft Products<br>300 Bursca Drive Suite 307<br>Bridgeville, PA 15017-1448 | Crest Healthcare<br>195 Third Street South<br>PO Box 727<br>Dassel, MN 55325-0727 |
| Cutting Edge Contract<br>775 Mercer Road<br>Beaver Falls, PA 15010-8515 | Cyntox LLC<br>PO Box 930<br>Jackson, NJ 08527-0930 | DBA MedWave Healthcare Staffing<br>PO Box 13188<br>Milwaukee, WI 53213-0188 |
| DMSS LLC<br>25426 Maidstone Lane<br>Beachwood, OH 44122-1738 | Daniel Davison<br>C/O Josh Teller<br>1170 East 28th Street<br>Brooklyn, NY 11210-4625 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 |
| DeSantis Solutions<br>100 Mead Ave<br>Meadville, PA 16335-3529 | Dialyze Direct PA, LLC<br>3297 Rt 66<br>Neptune, NJ 07753-2763 | Diamond Milling<br>313 Fifth Avenue<br>PO Box 410<br>New Brighton, PA 15066-0410 |

DirecTV
PO Box 5007
Carol Stream, IL 60197-5007

Direct Energy Business
PO Box 32179
New York, NY 10087-2179

Direct Supply
Box 88201
Milwaukee, WI 53288-0201

Direct Textile Store
1527 W State Hwy 114 Ste 500-273
Grapevine, TX 76051-8646

District Council 57
Painters Local Union 479 AFL-CIO, C
101 Ewing Road
Carnegie, PA 15106-1523

Dome International
24 15th Street
Suite 205
Brooklyn, NY 11215-4641

Duquesne Light
PO Box 371324
Pittsburgh, PA 15250-7324

Duquesne-Boiler House
Payment Processing System
PO Box 10
Pittsburgh, PA 15230-0010

Duquesne-Main Building
Payment Processing System
PO Box 10
Pittsburgh, PA 15230-0010

Dynamic Access, LLC
2600 N. Central Expressway
Suite 280
Richardson, TX 75080-2057

Eastern Digital
22906 Hawk Hill Loop
Land O Lakes, FL 34639-6718

EcoLab
PO Box 32027
New York, NY 10087-2027

Emes Supply
35622 Vine Street
Eastlake, OH 44095-3150

Enviro-Master of Pittsburgh
290 Alpha Drive
Pittsburgh, PA 15238-2906

West Virginia Tax Division
Bankruptcy Unit
P. O. Box 766
Charleston, WV 25323-0766

Express-Med
3950 BRODHEAD Road
Monaca, PA 15061-3030

Fenchel Law Offices
445 Ft. Pitt Boulevard
Suite 220
Pittsburgh, PA 15219-1308

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fishman Flooring Solutions
6301 E Lombard Street
Baltimore, MD 21224-1734

Flagstar Staffing
117 Ditmas Ave
Brooklyn, NY 11218-4901

Flannery Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114-1797

Flatiron Capital
PO Box 712195
Denver, CO 80271-2195

Fleet Service of America
401 Market Street
Beaver, PA 15009-2918

GPOA
PO Box 3485
Pittsburgh, PA 15230-3485

Gerimedix
5 Hollywood Court
South Plainfield, NJ 07080-4204

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

Gordon & Rees
1111 Broadway, Suite 1700
Oakland, CA 94607-4023

Grainger
Dept. 828932954
Palatine, IL 60038-0001

Groove Financial Services
PO Box 1880
Minneapolis, MN 55480-1880

Groove Technology Solutions
6849 S 700 W Ste 100
Midvale, UT 84047-1028

| | | |
|---|---|---|
| HAB-EIT<br>PO Box 25132<br>Lehigh Valley, PA 18002-5132 | HAB-LST<br>PO Box 25156<br>Lehigh Valley, PA 18002-5156 | Healthcare Service Group HCSG<br>3220 Tillman Drive<br>Suite 300<br>Bensalem, PA 19020-2028 |
| Heritage Valley Labs<br>Baden Billing Office<br>200 Ohio River Blvd.<br>Baden, PA 15005-1914 | HiTouch Business Services LLC dba H<br>PO Box 930257<br>Atlanta, GA 31193-0257 | Highmark<br>PO Box 382089<br>Pittsburgh, PA 15250-0001 |
| Hocs Inc<br>3009 Avenue K<br>Brooklyn, NY 11210-4132 | Homer Nine & Sons<br>415 Mulberry Street<br>Beaver, PA 15009-2926 | Honeywell International<br>Building Solutions<br>12490 Collections Center Drive<br>Chicago, IL 60693-0001 |
| Honorable Derwin Rushing<br>421 East Ohio St<br>Pittsburgh, PA 15212-5559 | (p)INOVALON<br>ATTN CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | Intac, part of FuturePlan by Ascens<br>PO Box 55970<br>Boston, MA 02205-5970 |
| Integrated Medical Systems Inc<br>594 Territorial Drive Unit A<br>Bolingbrook, IL 60440-5143 | Intelligent Discovery Solutions Inc<br>3000 K Street NW, Suite 330<br>Washington, DC 20007-5154 | Intelligent Electronics Systems<br>600 Bursca Drive<br>Oakdale, PA 15071 |
| Interior Supply<br>2410 Woodmere Rd<br>Pittsburgh, PA 15205-1839 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Insurance Company<br>58 East View Lane, Suite 2<br>Barre, VT 05641-5324 |
| JRM Supplies Corp<br>701 Cross Street Suite 218<br>Lakewood, NJ 08701-4029 | Jackson Lewis P.C.<br>1001 Liberty Avenue, Suite 1000<br>Pittsburgh, PA 15222-3772 | James W. Onuska, Tax Collector<br>1300 Brighton Road<br>Beaver, PA 15009-9238 |
| Janice M Falk<br>3217 Roosevelt Ave<br>Aliquippa, PA 15001-4642 | Jimmy & Son Auto Repair, LLC<br>300 Huron St<br>Industry, PA 15052-1724 | Jordan Banana<br>203 Washington Avenue<br>PO Box 495<br>Dravosburg, PA 15034-0495 |
| KSE Suppliers<br>PO Box 635<br>Hillburn, NY 10931-0635 | Kennedy, PC<br>PO Box 5100<br>Harrisburg, PA 17110-0100 | Keystone Communication<br>463 Duke Street<br>Northumberland, PA 17857-1825 |
| Leah Mayo<br>107 Boyanna Dr.<br>Industry, PA 15052-1743 | Liberty Portable X-RAY & Diagnostic<br>995 Broadway<br>Woodmere, NY 11598 | Liken Home Care<br>PO Box 536733<br>Pittsburgh, PA 15253-5909 |

| | | |
|---|---|---|
| Limestone Fiscal Services LLC<br>945 N Central Ave<br>Woodmere, NY 11598-1604 | Lins Elevator Service, Inc.<br>207 Gist Street<br>Pittsburgh, PA 15219-5903 | Lowes Business Account<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 |
| M&M Control Service Inc.<br>PO Box 250<br>Grayslake, IL 60030-0250 | MDS RX<br>246 Friendship Cir<br>Beaver, PA 15009-9704 | MP Source<br>1850 Porter Lake Dr., #101<br>Sarasota, FL 34240-7806 |
| MRO Supply<br>2915 East Washington Blvd.<br>Los Angeles, CA 90023-4218 | Martin Friedman<br>2600 Nostrand Avenue<br>Brooklyn, NY 11210-4601 | Matrixcare<br>BIN#32 PO Box 1414<br>Minneapolis, MN 55440-0032 |
| McKesson Medical<br>PO Box 204786<br>Dallas, TX 75320-4786 | MealSuite, Inc.<br>5001 Lyndon B Johnson Freeway<br>Suite 525<br>Dallas, TX 75244-6149 | Med Plus Staffing LLC<br>4117 Old William Penn Hwy<br>Murrysville, PA 15668-1921 |
| Med-Net Concepts, Inc.<br>190 Nassau Street, Suite 14<br>Princeton, NJ 08542-7012 | MedExpress Urgent Care , PC PA<br>PO Box 7964<br>Belfast, ME 04915-7900 | Medacure Inc.<br>1274 - 49th Street, Suite # 28<br>Brooklyn, NY 11219-3011 |
| Medic Rescue<br>313 Bridge Street<br>Beaver, PA 15009-2906 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | Medpipe Maintenance<br>PO Box 541<br>Lawrence, PA 15055-0541 |
| Metlife<br>900 Washington Ave.<br>PO Box 960<br>Waco, TX 76703-0960 | Meyers Mobile Tire Service INC<br>600 New York Ave<br>Rochester, PA 15074-1606 | Michael A. Kwiat<br>1360 Sharon Road<br>Beaver, PA 15009-3156 |
| Mike Kozlina<br>718 Hartland Drive<br>Cranberry Twp, PA 16066-6625 | MobilexUSA<br>930 Ridgebrook Rd 3rd floor<br>Sparks Glencoe, MD 21152-9481 | Mongiovi & Son Plumbing Contractor<br>190 Bilmar Drive, Suite 100<br>Pittsburgh, PA 15205-4611 |
| Mongiovi and Son Fire Protection Sv<br>190 Bilmar Drive Suite 100<br>Pittsburgh, PA 15205-4611 | NHI<br>176 Colonial Drive<br>Lakewood, NJ 08701-5851 | NY Rytes Corp<br>PO Box 588<br>Cross River, NY 10518-0588 |
| National Construction<br>2177 McKinley Avenue<br>Columbus, OH 43204-3418 | Net Health Systems, Inc.<br>40 24th Street, 3rd floor<br>Pittsburgh, PA 15222-4656 | New Phoenix<br>3651 55th Ave SW<br>Seattle, WA 98116-3132 |

New York Life
PO Box 742582
Cincinnati, OH 45274-2582

Nickles Bakery
PO Box 30
Navarre, OH 44662-0030

Nurse Staffing (Gale)
PO Box 4729
Winter Park, FL 32793-4729

Nutritech Consulting
5971 Milhaven Ave NW
Canal Fulton, OH 44614-8660

(p)PROCUREMENT PARTNERS HOLDINGS
PO BOX 930180
ATLANTA GA 31193-0180

OWAL, Inc.
1185 East 18th Street
Brooklyn, NY 11230-4415

Office Depot
P.O. Box 633204
Cincinnati, OH 45263-3204

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001

Ohio Department of Taxation
c/o Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Omnicare Pharmacies
JP Morgan Chase
Attn: OMNICARE INC   Dept. 78166
Belleville, MI 48111

Omnicell
PO Box 204650
Dallas, TX 75320-4650

Oncall Medical Staffing
316 East Sixth Avenue
Tarentum, PA 15084-1509

Orix Real Estate Capital
65 East State Street, 16th Floor
Columbus, OH 43215-4237

P&G Brokerage, Inc.
1648 61st Street
Brooklyn, NY 11204-2109

PA DHS - OLTL
Forum Place
555 Walnut Street, 6th Floor
Harrisburg, PA 17101-1934

PA Department of Human Services
625 Forster St
Harrisburg, PA 17120-0701

PA Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

PA Division of Nursing Care Facilit
625 Forster Street
Room 526, Health and Welfare Buildi
Harrisburg, PA 17120-0701

PA State Police
PO Box 62041
Harrisburg, PA 17106-2041

PA Turnpike TOLL BY PLATE
300 East Park Drive
Harrisburg, PA 17111-2729

PMF Rentals
PO Box 772320
Detroit, MI 48277-2320

Pacific Telemanagement
2001 Crow Canyon Road
Suite 200
San Ramon, CA 94583-5388

(p)PALAMERICAN SECURITY INC
11300 4TH ST N STE 150
SAINT PETERSBURG FL 33716-2940

Penn Power Systems
8330 State Road
Philadelphia, PA 19136-2915

Pennsylvania Department of
Labor & Industry - Occupational
P.O. Box 68572
Harrisburg, PA 17106-8572

Pennsylvania Department of Labor &
Industry, Unemployment Compensation
651 Boas Street, Room 1113
Harrisburg, PA 17121-0750

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
harrisburg, PA 17128-0946

Pennsylvania Dept of Health- Labs
110 Pickering Way
PO Box 500
Exton, PA 19341-0017

Pennsylvania Turnpike Commission
Violation Processing Center
300 East Park Drive
Harrisburg, PA 17111-2729

Performance Health
PO Box 93040
Chicago, IL 60673-3040

Personal Care Medical Associates
2000 Cliff Mine Rd
Suite 500
Pittsburgh, PA 15275-1053

Pietragallo Gordon Alfano Bosick &
1818 Market Street
Suite 3402
Philadelphia, PA 19103-3656

Pitney Bowes Inc.
P.O. Box 856460
Louisville, KY 40285-6460

Pittsburgh Fire Sprinkler
4725 William Flinn Highway
Allison Park, PA 15101-2412

Pittsburgh Laundry System
7500 Washington Ave
Pittsburgh, PA 15218-2181

PointClickCare Technologies Inc.
PO Box 674802
Detroit, MI 48267-4802

Pollak Food Distributors, Inc.
PO Box 4738
Houston, TX 77210-4738

Premier Therapy
110 Central Square Drive
Beaver Falls, PA 15010-7301

Preventive Diagnostics Inc
12 Spencer Street
Brooklyn, NY 11205-1892

Psych360
3102 West End Avenue, Suite 1150
Nashville, TN 37203-1614

Ramesh Kaul
2602 Wilmington Rd
New Castle, PA 16105-1537

ReMED Services
3424 Oakton St., Suite 102
Skokie, IL 60076-2980

ReadyShift Staffing LLC
5877 Commerce St
Suite 212
Pittsburgh, PA 15206-3835

ReadyShift Staffing LLC
c/o Gerald A Connor Esq
Margolis Edelstein
220 Penn Ave Ste 305
Scranton, PA 18503-1900

Reliable
2610 Nostrand Avenue
Brooklyn, NY 11210-4601

Respiratory Care Partners
PO Box 8911
Warren, OH 44484-0911

Ritsick Design
8 East 2nd Street, Suite 203C
Frederick, MD 21701-5318

Robert Morris University
Career and Professional Development
6001 University Boulevard
Coraopolis, PA 15108-2574

Royal Arms Medical Inc.
PO Box 29265
Cleveland, OH 44129-0265

S&S Fasteners Inc
2501-A Duss Avenue
Ambridge, PA 15003-1424

SASM&F LLP
PO Box 1764
White Plains, NY 10602-1764

SEIU HCPA Training & Education Fund
PO Box 6250
Harrisburg, PA 17112-0250

SEIU Healthcare
1500 North 2nd Street
Harrisburg, PA 17102-2528

Sam Halper
550 Market Street
Unit 18B
Pittsburgh, PA 15222-1888

Sandie Egley,Treasurer
Beaver County Courthouse
810 Third Street
Beaver, PA 15009-2100

Scentair Technologies
PO Box 978754
Dallas, TX 75397-8754

Schaedler Yesco Distribution
3982 Paxton Street
P.O. Box 4990
Harrisburg, PA 17111-0990

Security & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-6003

Sherwin Williams
1706 7th Avenue
Beaver Falls, PA 15010-4013

(p)SHIFTMED LLC
7925 JONES BRANCH DRIVE SUITE 1100
MCLEAN VA 22102-5303

Sleepy Hollow Real Estate LLC
Attn: Cassandra Perry
11811 Gaston Rd
Negley, OH 44441-8712

Solamed
5308 13th Avenue
Suite 273
Brooklyn, NY 11219-5198

Specialty Medical Pro
50 Pennsylvania Ave.
Malvern, PA 19355-2417

Spectrotel
PO Box 339
Neptune, NJ 07754-0339

State Pipe Services Inc
7587 Franklin Road
Cranberry Twp, PA 16066-2705

Sun Life Financial (Assurant)
PO Box 807009
Kansas City, MO 64184-7009

Super Laundry
35 Corporate Drive
Suite 220
Burlington, MA 01803-4244

Supply House
130 Spagnoli Rd
Lakewood, NJ 08701

SupplyLine Medical
1750 Cedarbridge Ave Suite 4
Lakewood, NJ 08701-6921

Supreme Lighting LLC
3906 15TH Avenue
Brooklyn, NY 11218-4410

Suregrip Footwear
7201 Solutions Center
Chicago, IL 60677-7022

THC Enterprises
PO Box 735343
Chicago, IL 60673-5343

Tek-Collect Incorporated
871 Park Street
Columbus, OH 43215-1441

Terrance Manning
875 Center St
McKeesport, PA 15132-6606

The Fastener Stop
2106 E. Harrison Ave.
Latrobe, PA 15650-3312

The Home Depot Pro
PO Box 844727
Dallas, TX 75284-4727

The Jay Import Companies
41 Madison Avenue, 12th Floor
New York, NY 10010-2251

The Office Pal
922 Highway 33 Building 8
Suite 801
Freehold, NJ 07728-8666

The Print House
332 River Avenue
Lakewood, NJ 08701-4718

The Wagner Firm
1925 Century Park East, Suite 2100
Los Angeles, CA 90067-2722

Thermopatch
PO Box 8007
Syracuse, NY 13217-8007

Three Leaf Solutions
Country Roads Huggins Team Shop
8011 Roswell Rd
Sherrodsville, OH 44675-9506

Three Leaf Solutions, Inc.
8011 Roswell Rd. SW
Sherrodsville, OH 44675-9506

Tucker Arensberg, P.C
1500 One PPG Place
Pittsburgh, PA 15222-5413

Turner Dairy Inc.
1049 Jefferson Road
Pittsburgh, PA 15235-4700

Twomagnets Inc dba Clipboard Health
PO Box 103125
Pasadena, CA 91189-3125

Twomagnets LLC d/b/a Clipboard Health
c/o Jerrold S. Kulback, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Rd.
Voorhees, NJ 08043-3506

Twomagnets LLC dba Clipboard Health
c/o Douglas G Leney Esquire
ARCHER & GREINER PC
Three Logan Square
1717 Arch St Ste 3500
Philadelphia, PA 19103-2739

Twomagnets LLC dba Clipboard Health
c/o Jerrold S Kulback Esquire
ARCHER & GREINER PC
1025 Laurel Oak Road
Voorhees, NJ 08043-3506

U.S. Department of Health and Human
Fred Kemper, Esquire
801 Market Street, Suite 9700
Philadelphia, PA 19107-3126

UHS Hardware
3301 N. 29th Ave.
Hollywood, FL 33020-1027

UPMC Health Plan
6401 Penn Ave
Pittsburgh, PA 15206-4051

UPMC Psychiatry
PO Box 223270
Pittsburgh, PA 15251-2270

UPMC/HVHS Cancer Center
1000 Dutch Ridge Road
Beaver, PA 15009-9727

US Bank National Association
1310 Madrid Street, Suite 100
Marshall, MN 56258-4001

US Dept. of Health & Human Serv.
200 Independence Ave., SW
Washington, DC 20201-0007

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

US Foods
P.O. Box 7780-4038
Philadelphia, PA 19182-0001

United Hardware
460 Faraday Ave.
BLDG B Suite 3-107
Jackson, NJ 08527-5072

United States Attorney
The Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102-1104

United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044-0227

Wellsky Corporation
11300 Switzer Road
Overland Park, KS 66210-3665

Walmart/Synchrony Bank
P.O. Box 530927
Atlanta, GA 30353-0927

Vantage DME,LLC
1305 South Main Street
Meadville, PA 16335-3036

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

WB Mason
PO Box 981101
Boston, MA 02298-1101