**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA- HARRISBURG DIVISION District of PENNSYLVANIA - Harrisburg**

**RE:** **Comprehensive Healthcare Management Services, LLC**      :

:      Bankruptcy Number: 25-02775-HWV
:
:
**Debtor**      :      Chapter:   11
:
:
:
:
:

## <u>REQUEST FOR NOTICES</u>

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Anthony Higgins, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

   Dated: 10/14/2025

By: _____/S/   Anthony Higgins_____
            Anthony Higgins
            Commonwealth of Pennsylvania
            Department of Labor and Industry
            Collections Support Unit
            PO Box 68568
            Harrisburg, PA 17106-8568
            Telephone: (717) 775-8082
            Fax: (717) 787-7671
            Email: ra-li-ucts-bankhbg@pa.gov