IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:25-bk-02775-HWV |
| COMPREHENSIVE HEALTHCARE | : | |
| MANAGEMENT SERVICES, LLC | : | Chapter 11 |
| d/b/a BRIGHTON REHABILITION | : | |
| AND WELLNESS CENTER | : | |
| | : | |
| Debtor | : | |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE CHAPTER 11 SCHEDULES AND
STATEMENT OF FINANCIAL AFFAIRS**

NOW COMES Debtor, Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center (the "Debtor"), by and through their counsel, Cunningham, Chernicoff & Warshawsky, P.C., and respectfully request that this Honorable Court grant an extension of time until November 12, 2025, within which to file the Chapter 11 Schedules and Statement of Financial Affairs, and as reasons therefor states as follows:

1. On September 29, 2025, a Petition under Chapter 11 of the United States Bankruptcy Code were filed by the above Debtor (the "Petition Date"). The Chapter 11 Schedules and Statement of Financial Affairs are currently due on October 13, 2025.

2. Debtors request an extension of time to file the Schedules and Statement of Financial Affairs because, among other things, Debtors are unable to readily obtain complete and accurate records of debts and expenses within the filing period.

3. It is anticipated that additional time will be necessary to permit Debtor and its counsel an adequate opportunity to properly prepare and review the documents involved in completing the Chapter 11 Schedules and Statement of Financial Affairs.

**WHEREFORE**, Debtor respectfully requests that the time for filing the Chapter 11 Schedules and Statement of Financial Affairs be extended to and including November 12, 2025.

Respectfully submitted,

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: /s/ Robert E. Chernicoff
    Robert E. Chernicoff, Esquire
    Attorney I.D. No. 23380
    2320 North Second Street
    P.O. Box 60457
    Harrisburg, PA 17106-0457
    (717) 238-6570

Dated: October 15, 2025