IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:25-bk-02775-HWV |
| COMPREHENSIVE HEALTHCARE | : | |
| MANAGEMENT SERVICES, LLC | : | Chapter 11 |
| d/b/a BRIGHTON REHABILITATION | : | |
| AND WELLNESS CENTER | : | |
| | : | |
| Debtor | : | |

## ORDER

The Motion of the Debtor for Approval to Pay Pre-Petition Payroll having come before the Court, and the Court having determined that it is in the best interests of the Debtor that the Debtor be allowed to pay its pre-Petition payroll; it is

**ORDERED** that:

1. The Motion is approved. All capitalized terms not defined herein shall have the same definition as in the Motion.

2. The Debtor is permitted to pay its payrolls due on October 1, 2025 and October 15, 2025, and any other payrolls, notwithstanding the inclusion of a pre-Petition period of time in such payroll. All such payments shall not exceed and shall be subject to the maximum amount set forth in Section 507(a)(4) of the Bankruptcy Code.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 17, 2025