IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| COMPREHENSIVE HEALTHCARE | : | Case No. 1:25-bk-02775-HWV |
| MANAGEMENT SERVICES, LLC | : | |
| d/b/a/ BRIGHTON REHABILITATION | : | |
| AND WELLNESS CENTER, | : | |
|     Debtor. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPREHENSIVE HEALTHCARE | : | |
| MANAGEMENT SERVICES, LLC | : | |
| d/b/a/ BRIGHTON REHABILITATION | : | |
| AND WELLNESS CENTER, | : | |
|     Respondent. | : | |

## ORDER

Upon consideration of the Stipulation between the Commonwealth of Pennsylvania and the Debtor, Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center (the "Stipulation") between the parties regarding the *Motion of the Commonwealth of Pennsylvania for Confirmation that the Automatic Stay Does Not Apply*, Doc. 181, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 17, 2026