**Fill in this information to identify the case:**

Debtor name  **Comprehensive Healthcare Management Services, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:25-bk-02775-HWV**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$569,929.49**  Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address
**James W. Onuska, Tax Collector
1300 Brighton Road
Beaver, PA 15009**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$565,844.40**  Priority amount **$0.00**

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document     Page 1 of 50

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**c/o Bankruptcy Division**<br>**P.O. Box 530**<br>**Columbus, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,755.52** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>**PA Department of Human Services**<br>**625 Forster St**<br>**Harrisburg, PA 17120-0701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Nursing Facility Assessments** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>**PA Department of Revenue**<br>**P.O. Box 280946**<br>**Harrisburg, PA 17128-0946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$157,776.59** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>**Pennsylvania Department of Labor &**<br>**Industry, Unemployment**<br>**Compensation**<br>**651 Boas Street, Room 1113**<br>**Harrisburg, PA 17121-0750** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,419.25** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document     Page 2 of 50

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,865.19** | **$0.00** |

**Sandie Egley,Treasurer**
**Beaver County Courthouse**
**810 Third Street**
**Beaver, PA 15009**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.39** | **$0.00** |

**West Virginia Tax Division**
**Bankruptcy Unit**
**P. O. Box 766**
**Charleston, WV 25323-0766**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,342.55** |

**2G Power Solutions LLC**
**122 Keck Rd**
**Butler, PA 16002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,766.08** |

**Ability Network**
**PO Box 856015**
**Minneapolis, MN 55485-6015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,718.33** |

**Access Information Protected**
**PO Box 850416**
**Minneapolis, MN 55485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 3 of 50

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Activity Connection**<br>**818 SW 3RD Avenue # 222**<br>**Portland, OR 97204**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$190.95** |
|---|---|---|---|

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Advanced Distributors**<br>**PO Box 4**<br>**Bayonne, NJ 07002**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$69,266.19** |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Aflac**<br>**PO Box 535178**<br>**Pittsburgh, PA 15253-5178**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,373.37** |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AFLAC Group**<br>**PO Box 641629**<br>**Pittsburgh, PA 15264-1629**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.44** |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Aidace LLC**<br>**1776 Ave of the State**<br>**Suite 301**<br>**Lakewood, NJ 08701**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,250.00** |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**ALCO**<br>**6851 High Grove Blvd**<br>**Willowbrook, IL 60527-0018**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,402.05** |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**All American Healthcare Services**<br>**494 Broad St**<br>**Newark, NJ 07102**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,651.47** |

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document     Page 4 of 50

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,531.63 |
|---|---|---|---|
| | **Alliance Laundry Systems LLC**<br>**Shepard Street, PO Box 990**<br>**Ripon, WI 54971-0990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,424.96 |
|---|---|---|---|
| | **Allstate Benefits**<br>**PO Box 650514**<br>**Dallas, TX 75265-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,663.79 |
|---|---|---|---|
| | **Allstate Medical**<br>**34 35th Street**<br>**Brooklyn, NY 11232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,902.32 |
|---|---|---|---|
| | **Amazon**<br>**Attn: General Counsel**<br>**P.O. Box 81226**<br>**Seattle, WA 98108-1226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,103.97 |
|---|---|---|---|
| | **Ambi fka Eshyft**<br>**4086 Rochester Rd STE 107**<br>**Troy, MI 48085-4945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $975.00 |
|---|---|---|---|
| | **American Arbitration**<br>**230 South Broad Street, 12th FLoor**<br>**Philadelphia, PA 19102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1009** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document    Page 5 of 50

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Express**
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.55** |
|---|---|---|---|

**Amerisource Funding**
PO Box 4738
Houston, TX 77210-4738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.00** |
|---|---|---|---|

**AMS Communications Inc**
PO Box 66
Skokie, IL 60076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,239.30** |
|---|---|---|---|

**Ankura Consulting Group**
485 Lexington Ave, 10th Floor
New York, NY 10017-2619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,415.15** |
|---|---|---|---|

**Applied Pest**
PO Box  1600
Beaver Falls, PA 15010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Apploi Corp**
JPMorgan Chase Lockbox Processing
4 Chase Metrotech Center
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$923.59** |
|---|---|---|---|

**Apto Systems, LLC dba Unified Alert**
5552 Carolina Beach Road, Suite B
Wilmington, NC 28412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 6 of 50

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aqua Fresh Filter, Inc**
**1 Commerce Drive**
**Pittsburgh, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,295.89** |
|---|---|---|---|

**ATC Healthcare**
**75 Remittance Drive**
**DEPT 6773**
**Chicago, IL 60675-6773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.98** |
|---|---|---|---|

**Auto Zone**
**714 Ohio River Blvd**
**Rochester, PA 15074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.66** |
|---|---|---|---|

**Avery Dennison RIS LLC**
**PO Box 8007**
**Syracuse, NY 13217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Avrix Brands**
**110 Jabez St #105**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,202.86** |
|---|---|---|---|

**B.M. Kramer & Company, Inc.**
**69 South 20th Street**
**Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bachmans Inc. Garage**
**464 Route 68**
**New Brighton, PA 15066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 7 of 50

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**BCW Property Investments LLC**<br>**136 Duncan Circle**<br>**Beaver, PA 15009**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,599.49** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Beaver Borough Sewage**<br>**Municipal Building**<br>**469 3RD Street**<br>**Beaver, PA 15009**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7100** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$181,514.38** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Beaver Falls Municipal Authority**<br>**PO Box  400**<br>**Beaver Falls, PA 15010-0400**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$111.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Bentley Medical, Inc.**<br>**PO Box  822**<br>**Milford, OH 45150**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$225.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Borough of Monaca**<br>**928 Pennsylvania Ave**<br>**Monaca, PA 15061**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$460.86** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Bovard-Anderson Company**<br>**617 Third Street**<br>**Beaver, PA 15009**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Braithwaite Communications**<br>**1500 Walnut Street**<br>**18th Floor**<br>**Philadelphia, PA 19102**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,145.43** |

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 8 of 50

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Brighton First** | ☐ Contingent |
| | **PO Box 189** | ☐ Unliquidated |
| | **Beaver, PA 15009** | ☐ Disputed |

3.39 — **$23,400.00**

**Brighton First**
**PO Box 189**
**Beaver, PA 15009**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.40 — **$269,326.82**

**Nonpriority creditor's name and mailing address**
**Brighton TWP Municipal**
**1300 Brighton Road**
**Beaver, PA 15009-9211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.41 — **$1,807.72**

**Nonpriority creditor's name and mailing address**
**Brunner Refuse**
**211 Brunner Road**
**Zelienople, PA 16063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.42 — **$3,776.99**

**Nonpriority creditor's name and mailing address**
**Burns**
**4 Alta Vita Drive**
**Greensburg, PA 15601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.43 — **$4,789.69**

**Nonpriority creditor's name and mailing address**
**Butler Gas Products**
**110 Nichol Avenue**
**Mc Kees Rocks, PA 15136**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.44 — **$176,551.55**

**Nonpriority creditor's name and mailing address**
**Capozzi Adler**
**2933 North Front Street**
**Harrisburg, PA 17110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.45 — **$1,900.00**

**Nonpriority creditor's name and mailing address**
**CD Property Ventures LLC**
**25426 Maidstone Lane**
**Beachwood, OH 44122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CDI Office Tech**<br>**200 Merchant Lane Suite 201**<br>**Pittsburgh, PA 15205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,442.25** |
| | **Centers for Medicare & Medicaid Ser**<br>**Division of Accounting Operations**<br>**7500 Security Boulevard**<br>**Baltimore, MD 21244-1850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,228.00** |
| | **Charles William Fetrow**<br>**10555 Eher Rd**<br>**Waterford, PA 16441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,705.78** |
| | **Chase Bank USA, NA**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,595.30** |
| | **Chemway INC**<br>**PO Box  10913**<br>**Pittsburgh, PA 15236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$493,006.80** |
| | **CHMS GROUP**<br>**1800 Rockaway Ave Ste 200**<br>**Hewlett, NY 11557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,826.65** |
| | **Christians United**<br>**1098 Third Street**<br>**Beaver, PA 15009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address<br>**Chubb Group of Insur.**<br>**202B Hall's Mill Road**<br>**Whitehouse Station, NJ 08889**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$168.00** |
|---|---|---|
| 3.54 | Nonpriority creditor's name and mailing address<br>**Colonial Life**<br>**Premium Accounting**<br>**PO Box 1365**<br>**Columbia, SC 29202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$670.14** |
| 3.55 | Nonpriority creditor's name and mailing address<br>**Columbia Gas**<br>**PO Box 70285**<br>**Philadelphia, PA 19176**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$168,698.13** |
| 3.56 | Nonpriority creditor's name and mailing address<br>**Columbia Gas (0000) 345 Iroquois 1F**<br>**PO Box 742537**<br>**Cincinnati, OH 45274-2537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$143.59** |
| 3.57 | Nonpriority creditor's name and mailing address<br>**Columbia Gas (0000) 345 Iroquois 3F**<br>**PO Box 742537**<br>**Cincinnati, OH 45274-2537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.58 | Nonpriority creditor's name and mailing address<br>**Columbia Gas (0007) 1339 Virginia A**<br>**PO Box 742537**<br>**Cincinnati, OH 45274-2537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **aAve** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$914.11** |
| 3.59 | Nonpriority creditor's name and mailing address<br>**Columbia Gas (0008) 1012 Colvin St**<br>**PO Box 742537**<br>**Cincinnati, OH 45274-2537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **inSt** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case 1:25-bk-02775-HWV　　Doc 283　　Filed 08/04/26　　Entered 08/04/26 16:08:08　　Desc
Main Document　　　Page 11 of 50

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |

**Columbia Gas (Connecticut Av)**
**PO Box 742537**
**Cincinnati, OH 45274-2537**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9436**

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |

**Columbia Gas(583 Adams Street)**
**PO Box 742537**
**Cincinnati, OH 45274-2537**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  reet**

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$812.62** |

**Combustion Service**
**2016 Babcock Boulevard**
**Pittsburgh, PA 15209**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,183.16** |

**Comcast**
**PO Box 3002**
**Southeastern, PA 19398-3002**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$158.53** |

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398-3001**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  Apt3**

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398-3001**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  geRd**

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$667.59** |

**Comcast**
**PO Box 3002**
**Southeastern, PA 19398-3002**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1339**

Is the claim subject to offset? ■ No □ Yes

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Comcast** | ☐ Contingent |
| | **PO Box 3002** | ☐ Unliquidated |
| | **Southeastern, PA 19398-3002** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **3862** | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$131.40**

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Comcast** | ☐ Contingent |
| | **PO Box 3002** | ☐ Unliquidated |
| | **Southeastern, PA 19398-3002** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **1012** | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$193.93**

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Comcast Business** | ☐ Contingent |
| | **PO Box 37601** | ☐ Unliquidated |
| | **Philadelphia, PA 19101-0601** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Commonwealth of Pennsylvania Mcare** | ☐ Contingent |
| | **2525 North 7th Street, Suite 210** | ☐ Unliquidated |
| | **Harrisburg, PA 17120** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$1,375.00**

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Compliance Concepts, Inc** | ☐ Contingent |
| | **6051 Wallace Road Ext, Suite 210** | ☐ Unliquidated |
| | **Wexford, PA 15090** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$225,957.82**

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Comprehensive HCMS - Property, LLC** | ☐ Contingent |
| | **246 Friendship Circle** | ☐ Unliquidated |
| | **Beaver, PA 15009** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:  Rent due** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$11,653,143.63**

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Comprehensive Healthcare Management** | ☐ Contingent |
| | **246 Friendship Cir** | ☐ Unliquidated |
| | **Beaver, PA 15009-9704** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$3,780,000.00**

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 13 of 50

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Continental Health**
**405 Sherwood Drive**
**Kittanning, PA 16201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.84 |
|---|---|---|---|

**Coretactics, Inc.**
**50 Northern Turnpike**
**Johnsonville, NY 12094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,920.71 |
|---|---|---|---|

**Cowart Dizzia LLP**
**45 Rockefeller Plaza, Ste. 2000**
**New York, NY 10111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.21 |
|---|---|---|---|

**Cozzini Bros**
**8430 W Bryn Mawr Ave, Ste 800**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.53 |
|---|---|---|---|

**CPA Customer Payment Solutions**
**7201 Metro Boulevard, Suite 800**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**Craft Products**
**300 Bursca Drive Suite 307**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.57 |
|---|---|---|---|

**Crest Healthcare**
**195 Third Street South**
**PO Box 727**
**Dassel, MN 55325-0727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 14 of 50

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cutting Edge Contract**
**775 Mercer Road**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,552.74** |
|---|---|---|---|

**Cyntox LLC**
**PO Box 930**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Daniel Davison**
**C/O Josh Teller**
**1170 East 28th Street**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DBA MedWave Healthcare Staffing**
**PO Box 13188**
**Milwaukee, WI 53213-0188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$315.42** |
|---|---|---|---|

**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5932**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,460.28** |
|---|---|---|---|

**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,562.69** |
|---|---|---|---|

**DeSantis Solutions**
**100 Mead Ave**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 15 of 50

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,941.20 |
|---|---|---|---|

**Dialyze Direct PA, LLC**
**3297 Rt 66**
**Neptune, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.11 |
|---|---|---|---|

**Diamond Milling**
**313 Fifth Avenue**
**PO Box 410**
**New Brighton, PA 15066-0410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,409.30 |
|---|---|---|---|

**Direct Energy Business**
**PO Box 32179**
**New York, NY 10087-2179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.42 |
|---|---|---|---|

**Direct Supply**
**Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $888.49 |
|---|---|---|---|

**Direct Textile Store**
**1527 W State Hwy 114 Ste 500-273**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,876.42 |
|---|---|---|---|

**DirecTV**
**PO Box 5007**
**Carol Stream, IL 60197-5007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,816.10 |
|---|---|---|---|

**District Council 57**
**Painters Local Union 479 AFL-CIO, C**
**101 Ewing Road**
**Carnegie, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document    Page 16 of 50

| | |
|---|---|
| **3.95** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$5,300.00** |
| **DMSS LLC** | ☐ Contingent |
| **25426 Maidstone Lane** | ☐ Unliquidated |
| **Beachwood, OH 44122** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.96** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$142.50** |
| **Dome International** | ☐ Contingent |
| **24 15th Street** | ☐ Unliquidated |
| **Suite 205** | ☐ Disputed |
| **Brooklyn, NY 11215** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.97** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **0000** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.98** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **0000** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.99** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **4194** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.100** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **5591** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.101** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **3024** | Is the claim subject to offset? ■ No ☐ Yes |

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document       Page 17 of 50

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0212**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3786**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8546**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9150**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8117**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1400**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duquesne Light**
**PO Box 371324**
**Pittsburgh, PA 15250-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9475**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 18 of 50

| | |
|---|---|
| 3.109 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number  3087** | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.110 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number  4566** | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.111 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number  6742** | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.112 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **Duquesne Light** | ☐ Contingent |
| **PO Box 371324** | ☐ Unliquidated |
| **Pittsburgh, PA 15250-7324** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number  6069** | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.113 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$11,654.56** |
| **Duquesne-Boiler House** | ☐ Contingent |
| **Payment Processing System** | ☐ Unliquidated |
| **PO Box 10** | ☐ Disputed |
| **Pittsburgh, PA 15230-0010** | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.114 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$166,953.22** |
| **Duquesne-Main Building** | ☐ Contingent |
| **Payment Processing System** | ☐ Unliquidated |
| **PO Box 10** | ☐ Disputed |
| **Pittsburgh, PA 15230-0010** | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.115 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,640.00** |
| **Dynamic Access, LLC** | ☐ Contingent |
| **2600 N. Central Expressway** | ☐ Unliquidated |
| **Suite 280** | ☐ Disputed |
| **Richardson, TX 75080** | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes |

Case 1:25-bk-02775-HWV  Doc 283  Filed 08/04/26  Entered 08/04/26 16:08:08  Desc
Main Document  Page 19 of 50

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,460.00 |
|---|---|---|---|

**Eastern Digital**
**22906 Hawk Hill Loop**
**Land O Lakes, FL 34639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,584.75 |
|---|---|---|---|

**EcoLab**
**PO Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emes Supply**
**35622 Vine Street**
**Eastlake, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,007.60 |
|---|---|---|---|

**Enviro-Master of Pittsburgh**
**290 Alpha Drive**
**Pittsburgh, PA 15238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,605.40 |
|---|---|---|---|

**Ephram (Mordy) Lahasky**
**34 Lord Avenue**
**Lawrence, NY 11559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Ala Mazzocca**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Bourne, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document     Page 20 of 50

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Clever, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Commora Woodfork**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Daniel Burke**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Earl Denbow, Jr.**
**c/o Woomer & Talarico**
**3 Parkway Center Dr S**
**Pittsburgh, PA 15212**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Frances Karas**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Gill, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Gloria Lanton**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document        Page 21 of 50

| | | |
|---|---|---|
| **3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**3.130**    **Nonpriority creditor's name and mailing address**

**Estate of Harvey Glenn Hall**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.131**    **Nonpriority creditor's name and mailing address**

**Estate of Hodder, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.132**    **Nonpriority creditor's name and mailing address**

**Estate of Ivan Istvanic**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.133**    **Nonpriority creditor's name and mailing address**

**Estate of Jacqueline Nelson**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.134**    **Nonpriority creditor's name and mailing address**

**Estate of Jeffery Lemanski**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.135**    **Nonpriority creditor's name and mailing address**

**Estate of Joseph "Randy Clavelli"**
**c/o Woomer & Talarico**
**3 Parkway Center Dr S**
**Pittsburgh, PA 15212**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.136**    **Nonpriority creditor's name and mailing address**

**Estate of Joyce Dunlap**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.137** Nonpriority creditor's name and mailing address

**Estate of Kevin Carroll**
**c/o Saltz Mongeluzzi Bendesky P.C.**
**1650 Market St. One Lib. Place 52Fl**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138** Nonpriority creditor's name and mailing address

**Estate of Kim McCoy-Warford**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139** Nonpriority creditor's name and mailing address

**Estate of Marion Young**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140** Nonpriority creditor's name and mailing address

**Estate of Mary Gilmore**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141** Nonpriority creditor's name and mailing address

**Estate of Michael Cipollone**
**c/o Ainsman Levine, LLC**
**310 Grant St # 1500**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142** Nonpriority creditor's name and mailing address

**Estate of Moorehead, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143** Nonpriority creditor's name and mailing address

**Estate of Nancy Kemerer**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Rochelle Vozar**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Schriner,et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Scott K. Myers**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Sheldon Roth**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Shirley Mike**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Thomas Sauers**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Tracey, et al.**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 24 of 50

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of Van Kirk**
**c/o Woomer & Talarico**
**3 Parkway Center Dr S**
**Pittsburgh, PA 15212**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of Virginia Eldridge**
**c/o Woomer & Talarico**
**3 Parkway Center Dr S**
**Pittsburgh, PA 15212**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of Wiles (Sherod)**
**c/o Saltz Mongeluzzi Bendesky P.C.**
**1650 Market St. One Lib. Place 52Fl**
**Philadelphia, PA 19103**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of William Evans**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of William Lechman**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of Williams**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.86 |
|---|---|---|---|

**etherFAX LLC**
**PO Box 22766**
**Denver, CO 80222-0766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 25 of 50

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,170.42** |
|---|---|---|---|

**Express-Med**
**3950 BRODHEAD Road**
**Monaca, PA 15061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Fenchel Law Offices**
**445 Ft. Pitt Boulevard**
**Suite 220**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$346,545.74** |
|---|---|---|---|

**First Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fishman Flooring Solutions**
**6301 E Lombard Street**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Flagstar Staffing**
**117 Ditmas Ave**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,361.90** |
|---|---|---|---|

**Flannery Georgalis, LLC**
**1375 E. 9th Street, 30th Floor**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,775.01** |
|---|---|---|---|

**Flatiron Capital**
**PO Box 712195**
**Denver, CO 80271-2195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $530.43 |
|---|---|---|---|
| 3.165 | **Fleet Service of America**<br>**401 Market Street**<br>**Beaver, PA 15009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,514.80 |
|---|---|---|---|
| 3.166 | **Gerimedix**<br>**5 Hollywood Court**<br>**South Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.95 |
|---|---|---|---|
| 3.167 | **Global Industrial**<br>**29833 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,781.00 |
|---|---|---|---|
| 3.168 | **Gordon & Rees**<br>**1111 Broadway, Suite 1700**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.15 |
|---|---|---|---|
| 3.169 | **GPOA**<br>**PO Box 3485**<br>**Pittsburgh, PA 15230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,609.28 |
|---|---|---|---|
| 3.170 | **Grainger**<br>**Dept. 828932954**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.63 |
|---|---|---|---|
| 3.171 | **Groove Financial Services**<br>**PO Box 1880**<br>**Minneapolis, MN 55480-1880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.172** Nonpriority creditor's name and mailing address

**Guardian ad Litem of L. Williams**
**c/o Robert Peirce & Associates, P.C**
**437 Grant Street, Suite 1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173** Nonpriority creditor's name and mailing address

**HAB-EIT**
**PO Box 25132**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$112,025.71**

---

**3.174** Nonpriority creditor's name and mailing address

**HAB-LST**
**PO Box 25156**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,924.00**

---

**3.175** Nonpriority creditor's name and mailing address

**Healthcare Service Group HCSG**
**3220 Tillman Drive**
**Suite 300**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,563.30**

---

**3.176** Nonpriority creditor's name and mailing address

**Heritage Valley Labs**
**Baden Billing Office**
**200 Ohio River Blvd.**
**Baden, PA 15005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,731.39**

---

**3.177** Nonpriority creditor's name and mailing address

**Highmark**
**PO Box 382089**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$222,910.57**

---

**3.178** Nonpriority creditor's name and mailing address

**HiTouch Business Services LLC dba H**
**PO Box 930257**
**Atlanta, GA 31193-0257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,562.78**

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,442.05 |
|---|---|---|---|
| | **Hocs Inc**<br>**3009 Avenue K**<br>**Brooklyn, NY 11210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,740.00 |
|---|---|---|---|
| | **Homer Nine & Sons**<br>**415 Mulberry Street**<br>**Beaver, PA 15009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,958.92 |
|---|---|---|---|
| | **Honeywell International**<br>**Building Solutions**<br>**12490 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,108.57 |
|---|---|---|---|
| | **Honorable Derwin Rushing**<br>**421 East Ohio St**<br>**Pittsburgh, PA 15212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,729.82 |
|---|---|---|---|
| | **Inovalon Provider, Inc**<br>**100 6th Street Suite 900A**<br>**Minneapolis, MN 55403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,225.00 |
|---|---|---|---|
| | **Intac, part of FuturePlan by Ascens**<br>**PO Box 55970**<br>**Boston, MA 02205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|
| | **Integrated Medical Systems Inc**<br>**594 Territorial Drive Unit A**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,456.00 |
| | Intelligent Discovery Solutions Inc<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,003.80 |
| | Intelligent Electronics Systems<br>600 Bursca Drive<br>Oakdale, PA 15071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,892.43 |
| | Interior Supply<br>2410 Woodmere Rd<br>Pittsburgh, PA 15205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455,166.15 |
| | Interstate Insurance Company<br>58 East View Lane, Suite 2<br>Barre, VT 05641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292,237.34 |
| | Jackson Lewis P.C.<br>1001 Liberty Avenue, Suite 1000<br>Pittsburgh, PA 15222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
| | Janice M Falk<br>3217 Roosevelt Ave<br>Aliquippa, PA 15001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,740.49 |
| | Jimmy & Son Auto Repair, LLC<br>300 Huron St<br>Industry, PA 15052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 30 of 50

| | 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.25 |

**3.193**  Nonpriority creditor's name and mailing address

**Jordan Banana**
**203 Washington Avenue**
**PO Box 495**
**Dravosburg, PA 15034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$261.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.194**  Nonpriority creditor's name and mailing address

**JRM Supplies Corp**
**701 Cross Street Suite 218**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$140.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.195**  Nonpriority creditor's name and mailing address

**Kennedy, PC**
**PO Box 5100**
**Harrisburg, PA 17110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$988.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.196**  Nonpriority creditor's name and mailing address

**Kenneth Wirght**
**c/o Robert Peirce & Associates**
**Frick Building, 437 Grant St #1100**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.197**  Nonpriority creditor's name and mailing address

**Keystone Communication**
**463 Duke Street**
**Northumberland, PA 17857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$7,209.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.198**  Nonpriority creditor's name and mailing address

**KSE Suppliers**
**PO Box 635**
**Hillburn, NY 10931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$27,350.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.199**  Nonpriority creditor's name and mailing address

**Leah Mayo**
**107 Boyanna Dr.**
**Industry, PA 15052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,270.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,877.18** |
| | **Liberty Portable X-RAY & Diagnostic**<br>**995 Broadway**<br>**Woodmere, NY 11598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$56,574.24** |
| | **Liken Home Care**<br>**PO Box 536733**<br>**Pittsburgh, PA 15253-5909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$3,000.00** |
| | **Limestone Fiscal Services LLC**<br>**945 N Central Ave**<br>**Woodmere, NY 11598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$8,527.14** |
| | **Lins Elevator Service, Inc.**<br>**207 Gist Street**<br>**Pittsburgh, PA 15219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,111.88** |
| | **Lowes Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$533.92** |
| | **M&M Control Service Inc.**<br>**PO Box 250**<br>**Grayslake, IL 60030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$5,000.00** |
| | **Martin Friedman**<br>**2600 Nostrand Avenue**<br>**Brooklyn, NY 11210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document     Page 32 of 50

**3.207** | Nonpriority creditor's name and mailing address
**Matrixcare**
**BIN#32 PO Box 1414**
**Minneapolis, MN 55480-1414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,814.52**

---

**3.208** | Nonpriority creditor's name and mailing address
**McKesson Medical**
**PO Box 204786**
**Dallas, TX 75320-4786**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$32,573.12**

---

**3.209** | Nonpriority creditor's name and mailing address
**MDS RX**
**246 Friendship Cir**
**Beaver, PA 15009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$501,592.31**

---

**3.210** | Nonpriority creditor's name and mailing address
**MealSuite, Inc.**
**5001 Lyndon B Johnson Freeway**
**Suite 525**
**Dallas, TX 75244**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$509.74**

---

**3.211** | Nonpriority creditor's name and mailing address
**Med Plus Staffing LLC**
**4117 Old William Penn Hwy**
**Murrysville, PA 15668**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,173.50**

---

**3.212** | Nonpriority creditor's name and mailing address
**Med-Net Concepts, Inc.**
**190 Nassau Street, Suite 14**
**Princeton, NJ 08542**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,872.00**

---

**3.213** | Nonpriority creditor's name and mailing address
**Medacure Inc.**
**1274 - 49th Street, Suite # 28**
**Brooklyn, NY 11219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,378.00**

---

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 33 of 50

Case number (if known)   **1:25-bk-02775-HWV**

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,082.00 |
|---|---|---|---|

**MedExpress Urgent Care , PC PA**
**PO Box 7964**
**Belfast, ME 04915-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,469.77 |
|---|---|---|---|

**Medic Rescue**
**313 Bridge Street**
**Beaver, PA 15009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,118.15 |
|---|---|---|---|

**Medline Industries**
**BOX 382075**
**Pittsburgh, PA 15251-8075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,473.40 |
|---|---|---|---|

**Medpipe Maintenance**
**PO Box 541**
**Lawrence, PA 15055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,948.12 |
|---|---|---|---|

**Metlife**
**900 Washington Ave.**
**PO Box 960**
**Waco, TX 76703-0960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.41 |
|---|---|---|---|

**Meyers Mobile Tire Service INC**
**600 New York Ave**
**Rochester, PA 15074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,625.00 |
|---|---|---|---|

**Michael A. Kwiat**
**1360 Sharon Road**
**Beaver, PA 15009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Mike Kozlina**
**718 Hartland Drive**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,266.39 |
|---|---|---|---|

**MobilexUSA**
**930 Ridgebrook Rd 3rd floor**
**Sparks Glencoe, MD 21152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,069.00 |
|---|---|---|---|

**Mongiovi & Son Plumbing Contractor**
**190 Bilmar Drive, Suite 100**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,240.00 |
|---|---|---|---|

**Mongiovi and Son Fire Protection Sv**
**190 Bilmar Drive Suite 100**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|---|

**MP Source**
**1850 Porter Lake Dr., #101**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.74 |
|---|---|---|---|

**MRO Supply**
**2915 East Washington Blvd.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.62 |
|---|---|---|---|

**National Construction**
**2177 McKinley Avenue**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document    Page 35 of 50

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,626.83 |
|---|---|---|---|

**Net Health Systems, Inc.**
**40 24th Street, 3rd floor**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|

**New Phoenix**
**3651 55th Ave SW**
**Seattle, WA 98116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,768.54 |
|---|---|---|---|

**New York Life**
**PO Box 742582**
**Cincinnati, OH 45274-2582**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,045.55 |
|---|---|---|---|

**NHI**
**176 Colonial Drive**
**Lakewood, NJ 08701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,370.69 |
|---|---|---|---|

**Nickles Bakery**
**PO Box 30**
**Navarre, OH 44662**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842,253.50 |
|---|---|---|---|

**Nurse Staffing (Gale)**
**PO Box 4729**
**Winter Park, FL 32793**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,032.00 |
|---|---|---|---|

**Nutritech Consulting**
**5971 Milhaven Ave NW**
**Canal Fulton, OH 44614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,835.00 |

**NY Rytes Corp**
**PO Box 588**
**Cross River, NY 10518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.38 |

**Office Depot**
**P.O. Box 633204**
**Cincinnati, OH 45263-3204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Omnicare Pharmacies**
**JP Morgan Chase**
**Attn:  OMNICARE INC – Dept. 78166**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,847.42 |

**Omnicell**
**PO Box 204650**
**Dallas, TX 75320-4650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.00 |

**ON.CARE LLC**
**PO Box 935992**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,960.34 |

**Oncall Medical Staffing**
**316 East Sixth Avenue**
**Tarentum, PA 15084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964,474.40 |

**Optum/Change Healthcare**
**11000 Optum Circle**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,692.22 |
|---|---|---|---|

**OWAL, Inc.**
**1185 East 18th Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,971.99 |
|---|---|---|---|

**P&G Brokerage, Inc.**
**1648 61st Street**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,394,204.36 |
|---|---|---|---|

**PA DHS - OLTL**
**Forum Place**
**555 Walnut Street, 6th Floor**
**Harrisburg, PA 17101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Assessment Fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PA Division of Nursing Care Facilit**
**625 Forster Street**
**Room 526, Health and Welfare Buildi**
**Harrisburg, PA 17120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**PA State Police**
**PO Box 62041**
**Harrisburg, PA 17106-2041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.38 |
|---|---|---|---|

**PA Turnpike TOLL BY PLATE**
**300 East Park Drive**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Pacific Telemanagement**
**2001 Crow Canyon Road**
**Suite 200**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 38 of 50

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$49,390.56** |
| | **Palamerican Security Inc**<br>**11300 4th St N Ste 150**<br>**Saint Petersburg, FL 33716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$7,575.00** |
| | **Penn Power Systems**<br>**8330 State Road**<br>**Philadelphia, PA 19136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| | **Pennsylvania Department of**<br>**Labor & Industry - Occupational**<br>**P.O. Box 68572**<br>**Harrisburg, PA 17106-8572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| | **Pennsylvania Dept of Health- Labs**<br>**110 Pickering Way**<br>**PO Box 500**<br>**Exton, PA 19341-1310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$206.85** |
| | **Pennsylvania Turnpike Commission**<br>**Violation Processing Center**<br>**300 East Park Drive**<br>**Harrisburg, PA 17111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$9,991.05** |
| | **Performance Health**<br>**PO Box 93040**<br>**Chicago, IL 60673-3040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$75,000.00** |
| | **Personal Care Medical Associates**<br>**2000 Cliff Mine Rd**<br>**Suite 500**<br>**Pittsburgh, PA 15275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.45 |
|---|---|---|---|

**Pietragallo Gordon Alfano Bosick &**
**1818 Market Street**
**Suite 3402**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,730.46 |
|---|---|---|---|

**Pitney Bowes Inc.**
**P.O. Box 856460**
**Louisville, KY 40285-5390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Pittsburgh Fire Sprinkler**
**4725 William Flinn Highway**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,712.00 |
|---|---|---|---|

**Pittsburgh Laundry System**
**7500 Washington Ave**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.60 |
|---|---|---|---|

**PMF Rentals**
**PO Box 772320**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,066.74 |
|---|---|---|---|

**PointClickCare Technologies Inc.**
**PO Box  674802**
**Detroit, MI 48267-4802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,977.92 |
|---|---|---|---|

**Pollak Food Distributors, Inc.**
**PO Box  4738**
**Houston, TX 77210-4738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document         Page 40 of 50

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,317.28** |
|---|---|---|---|

**Premier Therapy**
**110 Central Square Drive**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,522.52** |
|---|---|---|---|

**Preventive Diagnostics Inc**
**12 Spencer Street**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,800.00** |
|---|---|---|---|

**Psych360**
**3102 West End Avenue, Suite 1150**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,415.00** |
|---|---|---|---|

**Ramesh Kaul**
**2602 Wilmington  Rd**
**New Castle, PA 16105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,861,325.31** |
|---|---|---|---|

**ReadyShift Staffing LLC**
**5877 Commerce St Suite 212**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,710.00** |
|---|---|---|---|

**Reliable**
**2610 Nostrand Avenue**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,106.54** |
|---|---|---|---|

**ReMED Services**
**3424 Oakton St., Suite 102**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 41 of 50

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,025.10** |
|---|---|---|---|

**Respiratory Care Partners**
**PO Box 8911**
**Warren, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ritsick Design**
**8 East 2nd Street, Suite 203C**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Robert Morris University**
**Career and Professional Development**
**6001 University Boulevard**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,188.25** |
|---|---|---|---|

**Royal Arms Medical Inc.**
**PO Box 29265**
**Cleveland, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.04** |
|---|---|---|---|

**S&S Fasteners Inc**
**2501-A Duss Avenue**
**Ambridge, PA 15003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540,089.34** |
|---|---|---|---|

**Sam Halper**
**550 Market Street**
**Unit 18B**
**Pittsburgh, PA 15233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,180.50** |
|---|---|---|---|

**SASM&F LLP**
**PO Box 1764**
**White Plains, NY 10602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,764.28 |
|---|---|---|---|

**Scentair Technologies**
**PO Box 978754**
**Dallas, TX 75397-8754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,637.50 |
|---|---|---|---|

**Schaedler Yesco Distribution**
**3982 Paxton Street**
**P.O. Box 4990**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SEIU HCPA Training & Education Fund**
**PO Box 6250**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,862.12 |
|---|---|---|---|

**SEIU Healthcare**
**1500 North 2nd Street**
**Harrisburg, PA 17102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shelby Galton**
**c/o Woomer & Talarico**
**3 Parkway Center Dr S**
**Pittsburgh, PA 15212**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.87 |
|---|---|---|---|

**Sherwin Williams**
**1706 7th Avenue**
**Beaver Falls, PA 15010-4013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754,813.86 |
|---|---|---|---|

**ShiftMed, LLC**
**7925 Jones Branch Drive, Suite 1100**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document    Page 43 of 50

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Sleepy Hollow Real Estate LLC**
**Attn: Cassandra Perry**
**11811 Gaston Rd**
**Negley, OH 44441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,786.65 |
|---|---|---|---|

**Solamed**
**5308 13th Avenue**
**Suite 273**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,037.04 |
|---|---|---|---|

**Specialty Medical Pro**
**50 Pennsylvania Ave.**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,710.24 |
|---|---|---|---|

**Spectrotel**
**PO Box 339**
**Neptune, NJ 07754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.00 |
|---|---|---|---|

**State Pipe Services Inc**
**7587 Franklin Road**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,546.71 |
|---|---|---|---|

**Sun Life Financial (Assurant)**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.55 |
|---|---|---|---|

**Super Laundry**
**35 Corporate Drive**
**Suite 220**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1:25-bk-02775-HWV    Doc 283    Filed 08/04/26    Entered 08/04/26 16:08:08    Desc
Main Document      Page 44 of 50

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.22** |
|---|---|---|---|

**Supply House**
**130 Spagnoli Rd**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,335.23** |
|---|---|---|---|

**SupplyLine Medical**
**1750 Cedarbridge Ave Suite 4**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$391.95** |
|---|---|---|---|

**Supreme Lighting LLC**
**3906 15TH Avenue**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suregrip Footwear**
**7201 Solutions Center**
**Chicago, IL 60677-7022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,416.34** |
|---|---|---|---|

**Tek-Collect Incorporated**
**871 Park Street**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,170.00** |
|---|---|---|---|

**Terrance Manning**
**875 Center St**
**McKeesport, PA 15132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,513.35** |
|---|---|---|---|

**THC Enterprises**
**PO Box 735343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 45 of 50

| | | |
|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address**<br>**The Fastener Stop**<br>**2106 E. Harrison Ave.**<br>**Latrobe, PA 15650** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37.25** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address**<br>**The Home Depot Pro**<br>**PO Box 844727**<br>**Dallas, TX 75284-4727** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,024.91** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address**<br>**The Jay Import Companies**<br>**41 Madison Avenue, 12th Floor**<br>**New York, NY 10010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,585.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address**<br>**The Office Pal**<br>**922 Highway 33 Building 8**<br>**Suite 801**<br>**Freehold, NJ 07728** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,871.32** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address**<br>**The Print House**<br>**332 River Avenue**<br>**Lakewood, NJ 08701** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,412.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address**<br>**The Wagner Firm**<br>**1925 Century Park East, Suite 2100**<br>**Los Angeles, CA 90067** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,730.59** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address**<br>**Thermopatch**<br>**PO Box 8007**<br>**Syracuse, NY 13217-8007** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.45** |

**Three Leaf Solutions**
**Country Roads Huggins Team Shop**
**8011 Roswell Rd**
**Sherrodsville, OH 44675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.45** |

**Three Leaf Solutions, Inc.**
**8011 Roswell Rd. SW**
**Sherrodsville, OH 44675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,434.04** |

**Tucker Arensberg, P.C**
**1500 One PPG Place**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,833.54** |

**Turner Dairy Inc.**
**1049 Jefferson Road**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.95** |

**UHS Hardware**
**3301 N. 29th Ave.**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.10** |

**United Hardware**
**460 Faraday Ave.**
**BLDG B Suite 3-107**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000,000.00** |

**United States Dept. of Justice**
**Attn: Jae Won Ha, Esquire**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Fines**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$265,830.27** |
|---|---|---|---|

**UPMC Health Plan**
**6401 Penn Ave**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,760.00** |
|---|---|---|---|

**UPMC Psychiatry**
**PO Box 223270**
**Pittsburgh, PA 15251-2270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$510.81** |
|---|---|---|---|

**UPMC/HVHS Cancer Center**
**1000 Dutch Ridge Road**
**Beaver, PA 15009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$897.17** |
|---|---|---|---|

**US Bank National Association**
**1310 Madrid Street, Suite 100**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**US Dept. of Health & Human Serv.**
**200 Independence Ave., SW**
**Washington, DC 20201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,804,438.20** |
|---|---|---|---|

**US Dept. of Labor**
**200 Constitution Ave.**
**Washington, DC 20210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Civil Action 2:18-cv-1608 Western District of PA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,961.93** |
|---|---|---|---|

**US Foods**
**P.O. Box 7780-4038**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 1:25-bk-02775-HWV   Doc 283   Filed 08/04/26   Entered 08/04/26 16:08:08   Desc
Main Document      Page 48 of 50

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,634.21** |
|---|---|---|---|

**Vantage DME,LLC**
**1305 South Main Street**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,430.42** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.85** |
|---|---|---|---|

**Walmart/Synchrony Bank**
**P.O. Box 530927**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WB Mason**
**PO Box 981101**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,933.55** |
|---|---|---|---|

**Wellsky Corporation**
**11300 Switzer Road**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,656.97** |
|---|---|---|---|

**Wex Bank(Sheetz)**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Whiteford, Taylor & Preston**
**7 Saint Paul St**
**Baltimore, MD 21202-1626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |

**William Schrum**
**168 Cedar Ridge Drive**
**Monaca, PA 15061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,174.00** |

**Wound Healing Tech**
**1820 Ave M, Suite 238**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,355.38** |

**Zimmet Healthcare**
**200 Route 9 North, Suite 50**
**Englishtown, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Peterson**<br>**General Counsel**<br>**11000 Optum Circle**<br>**Eden Prairie, MN 55344** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Department of Health and Human**<br>**Fred Kemper, Esquire**<br>**801 Market Street, Suite 9700**<br>**Philadelphia, PA 19107** | Line **3.316**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **US Dept. of Labor Attn: Atty Strawn**<br>**170 South Independence Mall West**<br>**Suite 630E, The Curtis Center**<br>**Philadelphia, PA 19106-3306** | Line **3.317**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,487,889.83 |
| **5b. Total claims from Part 2** | 5b. + | $ 80,720,632.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 82,208,522.61 |